PÉREZ VILLAMIL ET AL., PLAINTIFFS AND RESPONDENTS, *v.*
ROMANO ET AL., DEFENDANTS AND APPELLANTS.

APPEAL from the District Court of San Juan, Section 1.

STIPULATION that the appeal to the Supreme Court of the
United States be considered withdrawn by appellants.

No. 878.—Decided November 21, 1913.

APPEAL—APPEAL TO SUPREME COURT OF UNITED STATES—WITHDRAWAL OF APPEAL
BY APPELLANT—CANCELLATION OF BOND—JURISDICTION.—When an appeal is
taken to the Supreme Court of the United States from a judgment of this
court and the supersedeas bond is approved, this court lacks jurisdiction to
consider that the appellants have withdrawn their appeal and to cancel the
bond given, this being a matter resting with the Supreme Court of the United
States.

The facts are stated in the decision.

*Messrs. José de Guzmán Benítez, José Martínez Dávila*
and *Francisco de la Torre* for respondents.

*Messrs. Bosch & Soto* for appellants.

DECISION.

WHEREAS, both parties filed a motion on November 13,
instant, in which they allege by mutual agreement that they
have effected a compromise and pray the court to consider
that the defendant-appellants have withdrawn their appeal
to the Supreme Court of the United States from the judg-
ment rendered by this court in this case on June 27, 1913.
They further pray this court to notify the trial court of said
withdrawal, to cancel the surety bonds given and to return
the documents exhibited by said party for the purpose of exe-
cuting said bonds.

WHEREAS, the appeal prosecuted by the defendants in this
case to the Supreme Court of the United States was allowed
on July 7, 1913, and the bonds to secure the costs and stay
execution of the judgment were approved on July 8, 1913,
and August 22, 1913, respectively, and a mandate having

been issued by this court on August 23 last to the trial court ordering a stay of execution of the judgment rendered in this case, for which reasons this court is without jurisdiction to dismiss this appeal or to consider that the defendants have withdrawn the same and, consequently, to cancel said bonds and notify the lower court of such withdrawal.

THEREFORE, in view of the case of *Draper* v. *Davis,* 102 U. S., 370, and the practice followed by this court in the cases of *Elzaburu* v. *Chavez et al., ante* p. 162; *Sucession of Orrach* v. *Succession of Polanco,* 16 P. R. R., 701, and *Torres* v. *Lothrop, Luce & Company et al.,* 16 P. R. R., 172, the prayers that the defendant-appellants be held to have withdrawn the appeal taken by them in this case to the Supreme Court of the United States and that the bonds given for the purposes of said appeal be canceled, are denied, without prejudice to their exercising such rights before the Supreme Court of the United States. As to the return to the said party of the documents exhibited by them for the purpose of executing the bonds, the secretary of this court is authorized to return the said documents to the defendants as requested, after the Supreme Court of the United States may have allowed the withdrawal of the appeal by the appellants, and said appellants are required to furnish copies of the same to be included in the records of the case.

*Motion overruled for lack of jurisdiction.*

Chief Justice Hernández and Justices Wolf, del Toro and Aldrey concurred.

Mr. Justice MacLeary took no part in this decision.